**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7320**

———————

RASTAMAN MTUME OBALAJI MFUME I,

Plaintiff - Appellant,

versus

NANCY HARRISON; LARRY C. BATSON; WILLIAM R.
DAVIS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry M. Herlong, Jr., District
Judge.  (CA-94-1969-0-20BD)

———————

Submitted:  March 21, 1996          Decided:  April 2, 1996

———————

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Rastaman Mtume Obalaji Mfume I, Appellant Pro Se.  William Paul
Griggs, GRIGGS, SPRUILL & HARRIS, Cheraw, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying re-
lief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the
record and the district court's opinion accepting the magistrate
judge's recommendation and find no reversible error. Accordingly,
we affirm on the reasoning of the district court. <u>Mfume I v.
Harrison</u>, No. CA-94-1969-0-20BD (D.S.C. Nov. 9, 1994; Aug. 3,
1995). We dispense with oral argument because the facts and legal
contentions are adequately presented in the materials before the
court and argument would not aid the decisional process.

<u>AFFIRMED</u>